UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER SINGLETON,

    Plaintiff,                             Case No. 2:19-cv-10152
                                            Hon. Bernard A. Friedman
vs.                                    Magistrate Judge Stephanie Dawkins Davis

UNIQUE CAMERA SERVICE, INC.
an Illinois for-profit corporation,

    Defendant.

| LAW OFFICES OF BRYAN YALDOU, PLLC | WRIGHT BEAMER, PLC |
|---|---|
| Bryan Yaldou P70600 | Dirk A. Beamer P53290 |
| Elaina S. Bailey P82461 | Evan M. Chall P72058 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 23000 Telegraph Road, Suite 5 | 31500 Northwestern Hwy., Ste. 140 |
| Brownstown, MI 48134 | Farmington Hills, MI 48334 |
| (734) 692-9200 | (248) 477-6300 |
| (734) 692-9201 Fax | (248) 477-7749 Fax |
| Bryan@yaldoulaw.com | dbeamer@wrightbeamer.com |
| | echall@wrightbeamer.com |

## STIPULATED DISMISSAL UNDER FED. R. CIV. P. 41(a)(2)

        Plaintiff Tyler Singleton and Defendant Unique Camera Service, Inc. have agreed to dismiss this matter with prejudice and without costs to either party.

So stipulated:

    /s/ Bryan Yaldou                                 /s/ Dirk A. Beamer
Bryan Yaldou P70600                           Dirk A. Beamer P53290
Attorney for Plaintiff                              Attorney for Defendant
**Permission Granted Via Email 4/3/2019**

SO ORDERED:

                                                         s/Bernard A. Friedman
Dated:   April 11, 2019                         Bernard A. Friedman
            Detroit, Michigan                   Senior United States District Judge